IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JADE BURCH, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.** |
| v. | : | **5:22-CV-316 (CAR)** |
| | : | |
| CRACKER BARREL | : | |
| OLD COUNTRY STORE, INC., | : | |
| | : | |
| **Defendant.** | : | |

### ORDER ON MOTION TO QUASH

Before the Court is Non-Party Ford Motor Company's ("Ford") Emergency Motion to Quash Defendant's Subpoena and/or for Protective Order. The Court **GRANTS** the Motion to Quash Defendant's Subpoena [Doc. 33] for the purpose of quashing the deposition scheduled for December 20, 2023. The Court will hold a telephone conference on January 3, 2024, at 10:00am to further discuss the issue and the protective order.

On November 17, 2023, Defendant subpoenaed Non-Party Ford (1) to produce documents related to vehicle location data from a 2019 Ford EcoSport vehicle, and (2) for a deposition to discuss the same data. Ford informed Defendant of its policy not to disclose such confidential customer data except in limited circumstances. Nonetheless, Ford searched for the documents and informed Defendant that they had no data for the

1

subject vehicle. According to the Motion, which was filed at 3:26pm on December 19, 2023, Defendant insisted on holding a live deposition on December 20, 2023.

Therefore, the Court **GRANTS** Non-Party Ford's Motion to Quash the subpoena as to the deposition scheduled for December 20, 2023. The parties and Ford are **DIRECTED** to attend a telephone conference on January 3, 2024, at 10:00am to discuss Ford's requested protective order. Notice of the telephone conference will follow this Order.

**SO ORDERED,** this 20th day of December, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT